MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: __William D. Blanton, Sr. and Patricia R. Blanton

Chapter 7 Case No. 07-43637

Please Check One:

_____   Unclaimed Dividends

___✓___   Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Ling Family Dentistry 7766 Hwy. 65 NE Spring Lake Park, MN 55432-2832 | 2 | 44.48 | 2.03 |

Dated: March __5__, 2010

_____
Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Blanton\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

10 MAR -9 AM 9: 18

BANKRUPTCY COURT
MINNEAPOLIS, MN

March 5, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:    William D. Blanton, Sr. and Patricia R. Blanton
       BKY No. 07-43637

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5.
Also enclosed is an estate check in the amount of $2.03 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
rlseaver@fullerseaverramette.com

RLS:klf
Enclosure
cc:    United States Trustee

C:\Data\randy\Trustee-Mpls\Blanton\Letter to Court filing Unclaimed Dividends Distribution of Less than $5 and check.wpd